UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHARON NEWBURN,
Plaintiff,
v.
NISSAN NORTH AMERICA, INC., et al.,
Defendants.

Case No. 2:25-cv-05154-SSC

**JUDGMENT**

Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ADJUDGED that the complaint is dismissed with prejudice for failure to prosecute and comply with court orders.

DATED: September 11, 2026

STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE